**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-7599

———————

ISIAH JAMES, JR.,

Petitioner - Appellant,

versus

P. DOUGLAS TAYLOR, Warden; MICHAEL MOORE,
Director; ATTORNEY GENERAL OF THE STATE OF
SOUTH CAROLINA,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  G. Ross Anderson, Jr., District
Judge.  (CA-98-742-0-13BD)

———————

Submitted:  January 21, 1999          Decided:  February 9, 1999

———————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Isiah James, Jr., Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Lauri J. Soles, OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Isiah James, Jr., appeals the district court's orders (1) denying relief on his 28 U.S.C. § 2241 (1994) petition, which the district court properly construed as a petition under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), and (2) denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge to deny relief on the underlying petition, and the court's opinion denying James' Rule 59(e) motion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See James v. Taylor, No. CA-98-742-0-13BD (D.S.C. Aug. 18 & Sept. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED